# KEVIN J. KEATING
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 5411
NEW YORK, N.Y. 10118
(212) 964-2702

May 7, 2013

VIA ECF
Justin D. Lerer
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Walter Johnson*
*Criminal Docket No. 96-932 (FB)*

Dear Mr. Lerer:

As you are aware, I am attorney for Walter Johnson. By letter of April 4, 2013, I requested the production of any records or reports prepared by law enforcement concerning the favorable information supplied by individuals to the Government in this matter pursuant to Brady v. Maryland, 373 U.S. 83 (1963). To date, I have received no response to my correspondence. By this letter, I reiterate my demand for these materials.

Next, you previously identified Dexter Isaac as an individual who possessed favorable information. Dexter Isaac is currently housed in a federal prison in California. In recent conversation with Judge Block's staff, I was advised to request of you that the Government request of the Bureau of Prisons that Mr. Isaac be brought to a facility in the Metropolitan New York area which will facilitate my meeting with him. Kindly advise of your position with regard to this request.

Should you have any questions, please do not hesitate to contact me.

Very Truly Yours,

KEVIN J. KEATING

KJK:cf